UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| SCOTT AIR FORCE BASE PROPERTIES, LLC, | |
|---|---|
| Plaintiff, | Case No. 07-cv-773-JPG |
| v. | |
| COUNTY OF ST. CLAIR, ILLINOIS, | |
| Defendant. | |

## **JUDGMENT**

This matter having come before the Court, and the Court having dismissed this action for lack of jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

**NORBERT JAWORSKI**

**DATED:** January 29, 2008                by:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**